**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**XAVIER CALLOWAY**                                                                        **PLAINTIFF**
**ADC # 128513**

**v.**                                              **CASE NO. 4:26-cv-00202-JM**

**DEXTER PAYNE, et al.**                                                               **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE